# COMPLAINT
(for filers who are prisoners without lawyers)

CLERK USDC EDWI
FILED
2023 JUN 14 P 1:28

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

Aaron J. Vego

v.

Case Number:
(to be supplied by Clerk of Court)

(Full name of defendant(s))

1. County of Kenosha, Wis
2. NaphCare Medical Department
3. Officer Thorne #1451 - Kenosha County Sheriff's Dept.

— CONTINUE NEXT PAGE →

A. **PARTIES**

1. Plaintiff is a citizen of Wisconsin, and is located at Kenosha County Detention Center 4777-88th Ave. Kenosha, Wi 53144
(Address of prison or jail)

2. Defendant (See Next Page)
(Name)
is (if a person or private corporation) a citizen of Wisconsin
(State, if known)
and (if a person) resides at 4777-88th Ave. Kenosha, WI 53144
(Address, if known)

Same as defendants above and on continued page defendants        See next page

Complaint – 1

# COMPLAINT

## DEFENDANTS: CONTINUED     FROM: complaint-1

1. Officer Dean # 12119 - Kenosh County Sheriff's Dept.

5. John Doe (Nurse) - Naphcare Medical Dept.

6. Captain Beranis - Kenosha County Sheriff's Dept.

## A. Parties: CONTINUED     FROM: complaint 1 & 2

* Same as defendants above from complaint page-1

2.)
| | |
|---|---|
| 1) County of Kenosha, WIS. | 2) NaphCare Medical Dept. |
| 3) Officer Thorne # 1451 | 4) Officer Dean # 12119 |
| 5) John Doe (Nurse) | 6) Captain Beranis - KCSO |

* Defendants Harmed me by acting with deliberate indifference to my medical needs resulting in unnecessary and wanton infliction of pain and suffering. Cruel and Unusual punishment under the eigth Amendment.

CONTINUED
Complaint - 1

and (if the defendant harmed you while doing the defendant's job)

worked for <u>— OFFICERS — Kenosha County Sheriff's Dept / —NURSE— NaphCare Medical Dept. 4777- 88th Ave. Kenosha WI 53144</u> (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

<u>I Aaron Vego am an inmate at the Kenosha County Detention Center in Wisconsin. During breakfast on April 22ND 2023 I ingested bacteria from a spoiled milk and became severely sick and went hungry for several days due to suffering from severe stomach pain, nausea, vomiting, and diarrhea because I was denied Medical Treatment. Immediately after the incident occured I vomited and notified Officers Thorne, Dean and Naphcare Medical Dept Nurse to bee seen by medical staff ASAP as a precaution. I also submitted a medical request on the Kiosk to follow proper jail protocol. I was never called into the medical office that day or throughout the next week despite my severe condition and symptoms. I also continued to submit over twelve (12) medical requests and grievances</u>

over the week of the incident via, kiosk, written, and verbally to Dorm Officers and Nurses for medical attention. I was even told in a grievance appeal that I was placed on a priority sick call list but still never received any medical care or treatment. When I asked Officers and Nurses why I was never seen their responce was "I DONT KNOW" they said. I believe that I could have returned to my normal diet much sooner and avoided excessive and unnecessary pain and suffering if I received proper medical care and treatment from KCDC Officials and staff from Naphcare Medical Department after this incident took place. It was also cruel and unusual punishment to go days without being able to eat. I Aaron Vego am seeking damages from the County of Kenosha Wisconsin, Naphcare Medical Department, and several Correction Officers and Nurses from Naphcare Medical department for their deliberate indifference to my medical needs, denial/inadequate medical care, cruel and unusual punishment (8TH Amendment), and the unnecessary and wanton infliction of pain. Thank you for your attention to this matter.

Sincerely, Aaron J. Vego #171913

# STATEMENT OF CLAIM — ADDITIONAL INFORMATION

Please understand that I was denied Medical Care completely over the entire time that I was suffering from severe symptoms. Some symptoms lasted for two(2) weeks before I was back to normal. Most importantly I was very lucky to recover on my own. After becoming very sick like that, it could of progressed to the point to where I would have needed to be hospitalized. I know this from my previous training in the emergency room. All of this could have been prevented if I received medical treatment immediately proceeding this incident. I also have further evidence and information that I will present later of multiple times officers showed deliberate indifference to my medical needs, including being placed on discipline for seven(7) days as a result of trying to seek medical aid from officers and using the kiosk to submit medical requests and grievances when I was sick. This is also considered Cruel and unusual Punishment (under the 8th Amendment.)

CONTINUED

COMPLAINT - 3

# Additional Facts of Evidence and Information

* My serious medical condition was so obvious that even a layperson would easily recognise the necessity for a doctors attention.
* Throughout the week my pain and vomiting was so severe that I went days without sleeping and eating. Officers and nurses ignored my cries for medical care and treatment.
* I have a signed witness statement from three inmates that observed my serious medical condition and how Officers and nurses showed deliberate indifference to my medical needs.
* I have evidence and records of over twelve (12) times I submitted medical requests and grievances including how jail officials lied and tried to cover their mistakes for not responding properly to my medical condition.
* Jail officials said I was placed on a priority sick call list but I was never called down to HSU for medical care and it took over a month for a nurse to come to my cell and ask me if I still needed to be seen for stomach pain and vomiting.
* Officials retaliated against me with Cruel and Unusual punishment by placing me on 7 days discipline for trying to seek medical Aid
* I could have become hospitalized for not receiving prompt and adequate medical care and treatment for my severe symptoms after ingesting and becoming sick from spoiled milk KCDC gave me

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like to sue for money damages in the amount of:

$15,000 - County of Kenosha, WI. → Priority
$15,000 - Naphcare Medical Dept. → Priority
              and
$10,000 per individual Defendants if possible.

- I would also like KCDC and NaphCare medical Dept. to Review how they address and respond to priority sick call requests and treatment of inmates.

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this  02ND  day of  06  20 23.

Respectfully Submitted,

*Aaren J. Vego*
Signature of Plaintiff

171913
Plaintiff's Prisoner ID Number

Kenosha County Detention Center
4777- 88th Ave. Kenosha, WI 53144
(Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Subscribed and sworn to before me this 2 day of June, 2023.

*Angelita Schroeder*
Notary Public, Kenosha County, WI
My Commission Expires: 4/07/26